FILED
CLERK, U.S. DISTRICT COURT

APR 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TORVALDS GUBINS,<br><br>    Petitioner,<br><br>    v.<br><br>J.F. SALAZAR, Warden,<br><br>    Respondent. | No. CV 06-3897-DOC (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections to the report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: April 28, 2008

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE